# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 17, 2009

Marilyn Kelly,
Chief Justice

135976

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

      SC: 135976
      COA: 273409
      Mecosta CC: 05-005631-FC

THOMAS FRANK HAWKINS,
      Defendant-Appellant.
_____/

      By order of June 23, 2008, the application for leave to appeal the January 15, 2008 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Watkins* (Docket No. 135787).  On order of the Court, leave to appeal having been denied in *Watkins*, 482 Mich 1114 (2008), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      KELLY, C.J., would grant leave to appeal for the reasons set forth in her dissenting statement in *People v Xiong*, ___ Mich ___ (Docket No. 135158, order entered April 17, 2009).

      CAVANAGH, J., joins the statement of KELLY, C.J.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 17, 2009

Clerk

s0414